STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-375

JERRY CORSEY

VERSUS

IBERIA PARISH GOVERNMENT

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 100033-A
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders, and Marc T. Amy, Judges.

AFFIRMED.

Mark M. Gonzalez
Scheuermann and Jones
909 Poydras Street, Suite 2556
New Orleans, LA   70112
(504) 525-4361
COUNSEL FOR PLAINTIFF/APPELLANT:
    Jerry Corsey

Morris M. Haik, Jr.
209 French Street
New Iberia, LA   70562
(337) 560-4357
COUNSEL FOR DEFENDANT/APPELLEE:
    Iberia Parish Government

Joseph L. Ferguson
420 S. Iberia Street
Post Office Box 9804
New Iberia, LA   70560-9804
(337) 365-6789
COUNSEL FOR DEFENDANTS/APPELLEES:
    Sheriff Sid Hebert, Iberia Parish
    Glynn Reaux

**Noland James Hammond**
**Post Office Box 1841**
**Alexandria, LA   71309**
**(318) 443-7191**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
    **Irving Ceasar**
    **Ronald Foster**

AMY, Judge.

For disposition of this consolidated matter, *see Irving Ceasar, et al. v. Sheriff Sid Hebert, et al.*, 06-374 (La.App. 3 Cir. _/_/06), _ So.2d _.

**AFFIRMED.**